# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOLCRAFT ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 09 CV03339 |
| ) | |
| v. ) | Judge Edmond E. Chang |
| ) | |
| CHICCO USA, INC., ) | Magistrate Judge Geraldine Soat Brown |
| ) | |
| Defendant. ) | |

## JOINT APPENDIX PURSUANT TO LPR 4.2(b)

**TABLE OF CONTENTS**

**Document**                                                                                                          **Pages**

U.S. Patent No. 7,376,993 ........................................................................JA-000001 – JA-000012
File History of U.S. Patent No. ................................................................JA-000013 – JA-000357
Reexamination of U.S. Patent No. 7,376,993, Control No. 95/000,514.....JA-000358 - JA-001582

Respectfully submitted,


By: /Raymond P. Niro, Jr.By:/James K. Borcia
    Raymond P. Niro, Jr.    James K. Borcia
    Dina M. Hayes    TRESSLER LLP
    Laura A. Kenneally    233 South Wacker Drive, 22nd Floor
    NIRO, HALLER & NIRO    Chicago, IL 60606-6399
    181 W. Madison, Suite 4600    (312) 627-4000
    Chicago, IL 60602
    (312) 236-0733    Anthony S. Volpe
    Fax: (312) 236-3137    Ryan W. O'Donnell
    VOLPE AND KOENIG, P.C.
    *Attorneys for Plaintiff,*    United Plaza, 30 S. 17th Street
    *Kolcraft Enterprises, Inc.*    Philadelphia, PA 19103
    (215) 568-6400

    *Attorneys for Defendant,*
    *Artsana, USA, Inc.*


Dated: November 13, 2012

2122605-1