IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOLCRAFT ENTERPRISES, INC., | |
| Plaintiff, | Civil Action No. 1:09-cv-03339 |
| v. | Judge Edmond E. Chang |
| CHICCO USA, INC. d/b/a ARTSANA USA, INC., | Magistrate Judge Brown |
| Defendant. | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO
COMPEL RESPONSES TO REQUESTS FOR ADMISSION**

Plaintiff Kolcraft Enterprises, Inc. ("Kolcraft") hereby respectfully submits its Response to Defendant Chicco USA, Inc., d/b/a Artsana USA, Inc.'s ("Chicco") Motion to Compel Responses to Requests for Admission (Dkt. #238).

On December 13, 2016, local counsel for Chicco, Mr. James Borcia, emailed Kolcraft's counsel requesting responses to several discovery issues raised by Chicco in the preceding week. (Ex. A, 12/13/2016 Email at 2:43 p.m.) Within hours, Kolcraft's counsel responded and each issue identified in Chicco's email was resolved. (Ex. B, 12/13/2016 Response at 5:16 p.m.) On December 14, 2016, Chicco unexpectedly filed a motion to compel Kolcraft's responses to certain requests for admission – an issue that Chicco's local counsel had not raised in his December 13 email to Kolcraft's counsel. Accordingly, Chicco's counsel failed to comply with Local Rule 37.2 because it did not make "good faith attempts to resolve" with Kolcraft's counsel the alleged deficiencies in Kolcraft's responses to Chicco's requests for admission.

Notwithstanding, this morning, Kolcraft served its Amended and Supplemental Objections and Responses to Chicco's Second Requests for Admission (Nos. 49, 51-60, and 70-72) ("Amended and Supplemental Responses to Chicco's Second RFA") to correct any purported

deficiencies in Kolcraft's original responses.[1]  (Ex. C; Ex. D, 12/16/2016 Service Email at 11:31 a.m.)  Counsel for Kolcraft contacted Chicco's local counsel multiple times today to discuss Kolcraft's Amended and Supplemental Responses to Chicco's Second RFA, and to request that Chicco withdraw its motion to compel, but Chicco's local counsel has not responded.

For the foregoing reasons, Kolcraft respectfully requests that this Court deny Chicco's motion to compel as moot in light of Kolcraft's Amended and Supplemental Responses to Chicco's Second RFA.

Respectfully submitted,

Dated:  December 16, 2016

*/s/ Raymond P. Niro, Jr.*
Raymond P. Niro, Jr.
Kyle D. Wallenberg
NIRO McANDREWS, LLC
200 West Madison Street, Suite 2040
Chicago, IL 60606
(312) 755-8575
Fax: (312) 674-7481
rnirojr@niro-mcandrews.com
kwallenberg@niro-mcandrews.com

*Attorneys for Plaintiff,*
Kolcraft Enterprises, Inc.

---

[1] Request Nos. 70-72 concern engineering drawings that were drafted by Kolcraft's manufacturer, Lerado – at Kolcraft's direction, instruction, and pursuant to Kolcraft's detailed product specifications – to assist in the manufacture of Kolcraft's products covered by the asserted claims of the patent-in-suit that were conceived, designed, and developed by Kolcraft.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 16, 2016 the foregoing

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO
## COMPEL RESPONSES TO REQUESTS FOR ADMISSION

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

| | |
|---|---|
| James K. Borcia | Anthony S. Volpe |
| Tressler LLP | Ryan W. O'Donnell |
| Sears Tower - 22nd Floor | Kristine L. Butler |
| 233 S. Wacker Drive | Volpe and Koenig, P.C. |
| Chicago, Illinois 60606 | United Plaza, Suite 1600 |
| jborcia@tresslerllp.com | 30 S. 17th Street |
| | Philadelphia, PA 19103 |
| | avolpe@vklaw.com |
| | rodonnell@vklaw.com |
| | kbutler@vklaw.com |

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

*/s/ Raymond P. Niro, Jr.*
*Attorney for Plaintiff,*
NIRO McANDREWS, LLC