IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOLCRAFT ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09 CV03339 |
| ) | |
| CHICCO USA, INC., ) | Judge Edmond E. Chang |
| ) | |
| Defendant. ) | |

**ARTSANA USA, INC.'S AMENDED MOTION FOR CLARIFICATION
OF THE JULY 9, 2017 MINUTE ORDER (*DKT. NO. 261*)**

Defendant, Artsana USA, Inc. ("Artsana"), by and through its attorneys, hereby moves this Court for Clarification of its July 9, 2017 Minute Order, and in support thereof states as follows:

1. Artsana files this Motion to respectfully request clarification of the Court's July 9, 2017 Minute Order ("Order") (Dkt. No. 261) denying Artsana's Motion for Leave to Amend its Final Invalidity Contentions ("Motion for Leave") (Dkt. Nos. 253, 255). In particular, Artsana requests clarification of whether it is entitled to rely on Mr. Albert Ferrigno ("Mr. Ferrigno"), a retired employee of Tyco Industries that was involved with the design and development of the prior art "Tyco Cozy Quilt Play Gym" ("Tyco Gym"), as a trial witness in this matter.

2. Artsana's October 13, 2016 Final Invalidity Contentions, Ex. A to Artsana's Motion for Leave (Dkt. No. 255), were timely served and identified the Tyco Gym as prior art with respect to claim 20 of U.S. Patent No. 7,376,993 ("'993 Patent").

3. Artsana's October 28, 2016 Supplemental Initial Disclosures, attached as Ex. A hereto, identified "[o]ne or more employees of Tyco … [k]nowledgeable about the Tyco 'Cozy Quilt Gym'" as a potential witness in this matter. (Ex. A at pg. 4).

4. Artsana's Amended Contentions, Ex. B to Artsana's Motion for Leave (Dkt. No. 255), sought to supplement the previously submitted grounds for the invalidity of claim 20 of the

'993 Patent relating to the Tyco Gym prior art based, in part, on the March 9, 2017 deposition transcript of Mr. Ferrigno, which was taken in the related litigation captioned as *Kolcraft Enterprises, Inc. v. Artsana USA, Inc.*, Case No. 13-cv-04863 (Judge Ellis).

5. Although the Court's Order denied Artsana Motion for Leave, Artsana believes it is still entitled to rely on Mr. Ferrigno as a trial witness in view of Artsana's October 13, 2016 Final Invalidity Contentions expressly identifying the Tyco Gym as prior art and its October 28, 2016 Supplemental Initial Disclosures identifying one or more employees of Tyco familiar with the Tyco Gym as a potential trial witness.

6. Artsana respectfully requests the Court's clarification of this issue at this time so as to avoid uncertainty and potential motion practice at a later time.

7. Counsel for the parties conferred on this matter on August 2, 2017. At that time Plaintiff's counsel advised that Plaintiff does not agree to the motion given its view that: (1) there is no basis to reconsider the Court's Ruling and (2) decisions about trial witnesses would be premature at this stage.

WHEREFORE, Defendant, Artsana USA, Inc. Requests the Court clarify its July 9, 2017 Minute Order that it is entitled to rely on Albert Ferrigno as a trial witness in this matter.

Respectfully submitted,

ARTSANA USA, INC.

By: /s/ James K. Borcia
One of Its Attorneys

James K. Borcia (jborcia@tresslerllp.com)
TRESSLER LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000

Anthony S. Volpe (AVolpe@vklaw.com)
Ryan W. O'Donnell (RODonnell@vklaw.com)
VOLPE AND KOENIG, P.C.
United Plaza, 30 South 17th Street
Philadelphia, PA 19103
(215) 568-6400

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KOLCRAFT ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:09-cv-03339 |
| | ) | |
| v. | ) | Judge Edmond E. Chang |
| | ) | Magistrate-Judge Geraldine Soat Brown |
| CHICCO USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT, ARTSANA USA, INC.'S, SECOND SUPPLEMENTAL INITIAL
DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Patent Rule 2.1, Defendant, Artsana USA, Inc. ("Artsana"), hereby submits its Second Supplemental Initial Disclosures. Artsana reserves the right to amend or supplement these disclosures if additional information becomes available.

A.  **Individuals Likely To Have Discoverable Information**

At present, Artsana believes that at least the following individuals are likely to have discoverable information:

1) Mark Messner
Former employee Artsana USA, Inc.
Knowledgeable about sales, marketing, and development of the accused product.

2) Michael Longenecker
Artsana USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
Telephone: (717) 735-6200
Knowledgeable about Artsana's playards.

3) Thomas Gwiazdowski
Artsana USA, Inc.
1826 William Penn Way

4420695-1

        Lancaster, PA 17601
        Telephone: (717) 735-6200
        Knowledgeable about Artsana's accounting, finances, and sales.

4)    Greg Mansker
       Former employee Artsana USA, Inc.
       Knowledgeable about sales and marketing of the accused product.

5)    Michael Haines
       Former Lerado USA designer
       Bernville, PA (last known residence)
       Knowledgeable about the development of the accused product.

6)    Lerado USA
       Lancaster, PA
       Knowledgeable about the development and manufacture of the accused product.

7)    Peter J. Myers
       Address unknown
       Named co-inventor of U.S. Patent No. 7,376,993

8)    Joseph Paul Sejnowski
       Address to be provided
       Named co-inventor of U.S. Patent No. 7,376,993

9)    Thomas N. Koltun
       Kolcraft Enterprises, Inc.
       Address unknown
       Knowledgeable about Kolcraft's day-to-day business operations, Kolcraft's commercial products, and the marketplace for the products at issue in this matter.

10)   Edward Bretschger
       Kolcraft Enterprises, Inc.
       Address unknown
       Knowledgeable about prosecution of the reexamination proceeding associated with the '993 Patent and Kolcraft's commercial products allegedly covered by the '993 Patent, including reduction to practice, tooling, manufacture, shipment, delivery, and tooling of such products.

11) James A . Flight
    Hanley, Fligth & Zimmerman
    Suite 2100
    150 South Wacker Drive
    Chicago, IL 60606
    Knowledgeable about prosecution of the reexamination proceeding associated with the '993 Patent and Kolcraft's commercial products allegedly covered by the '993 Patent, including reduction to practice, manufacture, shipment, and delivery of such products.

12) Huang-Yi (Eric) Cheng
    Lerado H.K., Ltd.
    Unit 1-3, 30/F
    Universal Trade Centre
    3-5A, Arbuthnot Rd.
    HONG KONG
    Knowledgeable about the design and development of the subject matter of the '993 Patent.

13) Ming-Chi (Alan) Tsai
    Lerado H.K., Ltd.
    Unit 1-3, 30/F
    Universal Trade Centre
    3-5A, Arbuthnot Rd.
    HONG KONG
    Knowledgeable about the design and development of the subject matter of the '993 Patent.

14) Ho-She (Mark) Chen
    Lerado H.K., Ltd.
    Unit 1-3, 30/F
    Universal Trade Centre
    3-5A, Arbuthnot Rd.
    HONG KONG
    Knowledgeable about the design and development of the subject matter of the '993 Patent.

15) One or more employees of Lerado H.K., Ltd.
    Unit 1-3, 30/F
    Universal Trade Centre
    3-5A, Arbuthnot Rd.
    HONG KONG
    Knowledgeable about the design and development of the subject matter of the '993 Patent.

16) Jim Skinner
Fisher-Price
Address unknown
Knowledgeable about the Fisher-Price "Motion & Music Jungle Gym"

17) One or more employees of Fisher-Price
Address unknown
Knowledgeable about the Fisher-Price "Motion & Music Jungle Gym"

18) One or more employees of Tyco
Address unknown
Knowledgeable about the Tyco "Cozy Quilt Gym"

Artsana further states that some of Kolcraft Enterprises, Inc.'s ("Kolcraft") current and former officers, directors, or employees, and third parties doing business with Kolcraft, including but not limited to manufacturers, retailers, and patent prosecution counsel, who are currently unknown to Artsana or not yet identified, may have information relevant to Artsana's claims or defenses in this matter.

One or more expert witnesses on behalf of Artsana or Kolcraft.

Artsana reserves the right to supplement this list as its investigation of the facts and circumstances surrounding this case is ongoing.

**B.  Documents And Things That Artsana May Use To Support Its Claims And Defenses**

Artsana may use the following documents or categories of documents to support its claims in this action:

(1) U.S. Patent No. 7,376,993;

(2) The prosecution history of U.S. Patent No. 7,376,993;

(3) The prior art referenced in U.S. Patent No. 7,376,993;

(4) The prosecution history of Reexamination Control No. 95/000,514, which is ongoing, and all prior art cited in this reexamination proceeding, including:

    a)    Fisher Price "Motion & Music Jungle Gym" Instruction Manual, Model No. 74067 (© 2003);

    b)    Mattel Consumer Relations Answer Center Screen Shot - taken from http://service.mattel.com/us/product_detail.asp?id=74067&Ntt=74067&Pn=1&Brand=Fisher-Price+Infant+Toys&Cat=Other+Fisher-Price+Infant+ Toys;

    c)    Graco "Pack 'N Play" Product Manual (Model No. 386-11-01) (2001);

    d)    Century "Century Fold 'N Go" Product Manual (Model No. PM-0728AA) (1998);

    e)    U.S. Patent No. 6,702,643 (Drosendahl et al.);

    f)    U.S. Patent No. 6,109,280 (Custer);

    g)    U.S. Patent No. 6,516,823 (Glover et al.);

    h)    U.S. Patent No. 6,711,760 (Yang);

    i)    U.S. Patent No. 6,510,569 (Hu); and

    j)    U.S. Patent No. 4,750,509 (Kim);

    k)    Fisher-Price "Motion & Music Jungle Gym" Instruction Manual, Model No. 74067, (© 2002);

    l)    U.S. Patent No. 5,333,634 (Taylor);

    m)    U.S. Patent No. 3,223,098 (Dole Jr);

    n)    U.S. Patent No. 2,948,287 (Rupert);

    o)    U.S. Patent No. 6,357,462 (Laosunthara); and

    p)    U.S. Patent No. 3,448,748 (Walrave);

(5)    All prior art identified in Artsana's December 21, 2009 Identification of Known Prior Art.

(6)    U.S. Patent Application No. 12/062,670, its prosecution history, and all prior art cited therein;

(7)    U.S. Patent Application No. 10/431,079, its prosecution history, and all prior art cited therein;

(8) Physical samples of Artsana's accused products and any Kolcraft products alleged to be covered by the '993 Patent;

(9) All documents and things alleged by Kolcraft to establish a date of conception and reduction to practice for the invention described in the '993 Patent; and

(10) All documents and things to support Kolcraft's pre-filing investigation of its claim for patent infringement in this matter.

(11) All documents and things cited in Artsana's non-infringement, invalidity, and unenforceability contentions in this matter.

(12) The November 28, 2013 Declaration of Eric Cheng, including all exhibits thereto.

(13) Lerado document nos. LER00001-00133.

(14) The November 2, 2012 Declaration of Jim Skinner.

(15) Fisher-Price document nos. FP0001-0017.

(16) All expert reports entered in this matter pursuant to Fed. R. Civ. 26(a)(2)(B).

Artsana reserves the right to supplement this list of documents as additional information becomes available.

### C. Computation Of Damages

Artsana has not made any computation of damages at this time. Artsana will seek all available remedies, including attorney's fees and costs for defending this action pursuant to 35 U.S.C. § 285, to the fullest extent available under law. Artsana reserves the right to supplement this disclosure as additional information becomes available.

### D. Insurance Agreements

None applicable.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 28, 2016 | By /s/ *Ryan W. O'Donnell* <br> Anthony S. Volpe <br> Ryan W. O'Donnell <br> VOLPE AND KOENIG, P.C. <br> United Plaza <br> 30 S. 17th Street <br> Philadelphia, PA 19103 <br> Telephone: (215) 568-6400 <br> AVolpe@vklaw.com <br> RODonnell@vklaw.com <br><br> James K. Borcia <br> TRESSLER LLP <br> 233 South Wacker Drive, 22nd Floor <br> Chicago, IL  60606 <br> Telephone: (312)627-4000 <br> jborcia@tresslerllp.com <br><br> *Attorneys for Defendant* <br> *Artsana USA, Inc.* |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of Artsana USA, Inc.'s Second Supplemental Initial Disclosures is being served via e-mail on the following individuals as indicated below:

> Raymond P. Niro, Jr.
> Kyle D. Wallenberg
> NIRO McANDREWS, LLC
> 200 West Madison Street, Suite 2040
> Chicago, IL 60606
> rnirojr@niro-mcandrews.com
> kwallenberg@niro-mcandrews.com
> *Attorneys for Plaintiff,*
> *Kolcraft Enterprises, Inc.*

Date: October 28, 2016        By: /s/ *Ryan W. O'Donnell*
                                             Anthony S. Volpe (PA 24,733)
                                             Ryan W. O'Donnell (PA 89,775)
                                             Volpe and Koenig, P.C.
                                             United Plaza
                                             30 South 17th Street
                                             Philadelphia, PA 19103
                                             Telephone: (215) 568-6400
                                             AVolpe@volpe-koenig.com
                                             RODonnell@volpe-koenig.com

                                             *Attorneys for Plaintiff*
                                             *Artsana USA, Inc.*