JKB/cmj/698792                                                            9023-0001

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOLCRAFT ENTERPRISES, INC., | ) |
|         Plaintiff, | ) |
| v. | ) Case No.: 1:09-cv-03339 |
| CHICCO USA, INC., ET AL. | ) Judge Edmond E. Chang |
|         Defendant. | ) |

## NOTICE OF MOTION

To:     Raymond P. Niro, Jr. (rnirojr@niro-mcandrews.com)
        Kyle D. Wallenberg (kwallenberg@niro-mcandrews.com)
        Niro McAndrews LLC
        200 West Adams Street, Suite 2040
        Chicago, Illinois 60606

      **PLEASE TAKE NOTICE** that on **August 9, 2017 at 8:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Edmond E. Chang or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2119 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present **ARTSANA USA, INC.'S AMENDED MOTION FOR CLARIFICATION OF THE JULY 9, 2017 MINUTE ORDER (DKT. NO. 261)**, a copy of which is attached hereto and hereby served upon you.

                                          ARTSANA USA, INC.

                                          By:      /s/ James K. Borcia
                                                One of Its Attorneys

Anthony S. Volpe (AVolpe@vklaw.com)
Ryan W. O'Donnell (RODonnell@vklaw.com)
Volpe and Koenig, P.C.
United Plaza, 30 South 17th Street
Philadelphia, PA 19103
(215) 568-6400

James K. Borcia (jborcia@tresslerllp.com)
Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000